UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| AMBER JEAN MALLORY,<br><br>              Plaintiff,<br>v.<br><br>WASHINGTON DEPARTMENT OF CHILDREN, YOUTH, AND FAMILIES,<br><br>              Defendants. | Case No. 3:24-cv-05135-BHS<br><br>REPORT AND RECOMMENDATION<br><br>Noted for: June 18, 2024 |

      This matter comes before the Court on plaintiff's failure to respond to the Court's order to show cause. Dkt. 7. Plaintiff is proceeding *pro se* and *in forma pauperis* ("IFP") in this matter which has been referred to the undersigned Magistrate Judge. *Mathews, Sec'y of H.E.W. v. Weber*, 423 U.S. 261 (1976); 28 U.S.C. § 636(b)(1)(B); Local Rule MJR 4(a).

      On February 16, 2024, plaintiff filed a proposed civil rights complaint and an application to proceed *in forma pauperis*. Dkt. 1. The Clerk's office notified her that her filing was deficient on two occasions. Dkts. 2, 5.

      On March 28, 2024 plaintiff filed a proper application to proceed IFP. Dkt. 6. Given the identified deficiencies in the complaint, namely that many of the defendants were improper and her complaint did not meet the standard under Federal Rule of Civil Procedure 8(a), the Court did not grant plaintiff's IFP application. Dkt. 7. Plaintiff was

REPORT AND RECOMMENDATION - 1

1  given until May 28, 2024 to show cause why the complaint should not be dismissed or
2  file an amended complaint. *Id*.
3     Plaintiff has not filed a response to the order. Therefore, the Court recommends
4  a dismissal of this action without prejudice.  The parties have fourteen (14) days from
5  service of this Report and Recommendation to file written objections thereto. 28 U.S.C.
6  § 636(b)(1); Fed. R. Civ. P. 72(b); *see also* Fed. R. Civ. P. 6. Failure to file objections
7  will result in a waiver of those objections for purposes of appeal. *Thomas v. Arn*, 474
8  U.S. 140 (1985).
9     Accommodating the time limit imposed by Fed. R. Civ. P. 72(b), the Clerk is
10 directed set this matter for consideration on **June 18, 2024**, as noted in the caption.

13 Dated this 4th day of June, 2024.

Theresa L. Fricke
United States Magistrate Judge

NOTED FOR: JUNE 18, 2024 - 2